

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2020

No. 04-19-00894-CV

**THE CITY OF LEON VALLEY, TEXAS,**
Appellant

v.

Jesse T. **RODRIGUEZ,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV02545
Honorable Gloria Saldana, Judge Presiding

## O R D E R

The clerk's record and reporter's record were originally due January 2, 2020, but were not filed. On January 9, 2020, the district clerk filed a notification of late record, stating that the clerk's record was not filed because appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant was not entitled to appeal without paying the fee. On January 10, 2020, the court reporter filed a notification of late record stating that the reporter's record was not filed for the same reason.

We therefore **ORDER** that appellant provide written proof to this court **by January 24, 2020** that either (1) the clerk's and reporter's fees have been paid or arrangements have been made to pay the fees; or (2) appellant is entitled to appeal without paying the fees. If appellant fails to respond within the time provided and the clerk's fee is not paid, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2020.



MICHAEL A. CRUZ,
Clerk of Court